*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-10-00857-CV

Danita E. **ANDERSON**,
Appellant

v.

**ERIN CAPITAL MANAGEMENT** as Assignee of Citibank Platinum Select,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 354484
Honorable Linda F. Penn, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  June 15, 2011

DISMISSED

The parties have filed a document titled, "Agreed Motion to Dismiss Appeal." In the motion, the parties state they "have resolved all issues related to this action" and "ask the Court to dismiss Appellee's original cause of action" "with prejudice to the refiling of same by either party." The motion is signed by appellant, who is *pro se*, and by appellee's attorney of record. Based on the joint motion, the intent of the parties is to dismiss not only this appeal but the underlying cause of action with prejudice.

The motion is granted. All previous orders and judgments, both trial and appellate, are set aside and the cause is dismissed with prejudice. *See Merrill Lynch, Pierce, Fenner, & Smith, Inc. v. Hughes*, 827 S.W.2d 859, 859 (Tex. 1992); *Exxon Corp. v. Butler*, 619 S.W.2d 399, 399 (Tex. 1981); *Freeman v. Burrows*, 171 S.W.2d 863, 863-64 (1943); *Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM